# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JERRY WAYNE AXE
LINDA SUE AXE

      Debtor(s)　　　　　　　　　　CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

vs.

JERRY WAYNE AXE　　　　　　　　CASE NO: 1-15-05222-RNO
LINDA SUE AXE

      Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on August 1, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for

- FAILURE TO PRESENT A CONFIRMABLE PLAN

filed on or about June 20, 2016 be withdrawn. The default has been cured.

Respectfully Submitted,
  /s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 1, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JERRY WAYNE AXE
LINDA SUE AXE

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

JERRY WAYNE AXE
LINDA SUE AXE

CHAPTER 13

CASE NO: 1-15-05222-RNO

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for the Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on August 1, 2016.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on August 1, 2016.

JERRY WAYNE AXE
LINDA SUE AXE
12054 MT OLIVET ROAD
FELTON, PA 17322

PAUL D MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH, SHOOK & MURPHY
2132 MARKET STREET
CAMP HILL, PA 17011-

Respectfully Submitted,
/s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 1, 2016

Case 1:15-bk-05222-RNO    Doc 36    Filed 08/01/16    Entered 08/01/16 07:14:30    Desc
Main Document    Page 2 of 2