```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 15-05222-RNO
Jerry Wayne Axe                                                  Chapter 13
Linda Sue Axe
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: LyndseyPr            Page 1 of 1           Date Rcvd: Dec 07, 2016
                              Form ID: orcnfpln          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
db/jdb         +Jerry Wayne Axe,    Linda Sue Axe,   12054 Mt Olivet Road,    Felton, PA 17322-8444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
              Arthur Selikoff    on behalf of Creditor   Department of Labor and Industry
               ra-li-esbkpt-hbg@state.pa.us, aselikoff@state.pa.us
              Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
               RA-occbankruptcy6@state.pa.us;vcaggiano@attorneygeneral.gov;rroberts@attorneygeneral.gov
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor   Wells Fargo Bank, et al c/o Select Portfolio
               Servicing, Inc. debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Joshua I Goldman    on behalf of Creditor   U.S. Bank, N.A. et al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mary F Kennedy    on behalf of Creditor    U.S. Bank, N.A., as Trustee mary@javardianlaw.com,
               tami@javardianlaw.com
              Paul Donald Murphy-Ahles    on behalf of Joint Debtor Linda Sue Axe pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Jerry Wayne Axe pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jerry Wayne Axe<br>Linda Sue Axe | Chapter 13 |
| | Case No. 1:15−bk−05222−RNO |
| Debtor(s) | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 22, 2016. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: December 7, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk