```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-05222-RNO
Jerry Wayne Axe                                                     Chapter 13
Linda Sue Axe
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: LyndseyPr              Page 1 of 1            Date Rcvd: Feb 23, 2017
                             Form ID: pdf010              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db/jdb         +Jerry Wayne Axe,    Linda Sue Axe,    12054 Mt Olivet Road,    Felton, PA 17322-8444
               +House Broker Realty, LLC,    Attn:Kaltrin Bullaj,    1915 East Market Street,
                 York, PA 17402-2839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
              Arthur Selikoff    on behalf of Creditor    Department of Labor and Industry
               ra-li-esbkpt-hbg@state.pa.us, aselikoff@state.pa.us
              Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
               RA-occbankruptcy6@state.pa.us;vcaggiano@attorneygeneral.gov;rroberts@attorneygeneral.gov
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, et al c/o Select Portfolio
               Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank, N.A. et al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mary F Kennedy    on behalf of Creditor    U.S. Bank, N.A., as Trustee mary@javardianlaw.com,
               tami@javardianlaw.com
              Paul Donald Murphy-Ahles    on behalf of Joint Debtor Linda Sue Axe pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Jerry Wayne Axe pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank, N.A. et al... tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| JERRY WAYNE AXE and | : | Case No. 1:15-BK-05222-RNO |
| LINDA SUE AXE, | : | |
| Debtor(s) | : | Debtor(s)' Application to Employ |
| | : | Real Estate Broker |

## ORDER

**UPON CONSIDERATION** of Debtor(s) Application to Employ Real Estate Broker, after notice to all creditors and parties in interest, and finding good cause for granting Debtor(s)' Application to Employ Real Estate Broker,

**IT IS HEREBY ORDERED:**

(1) the Application shall be and is hereby granted; and

(2) House Broker Realty, LLC is appointed as real estate broker for Debtor(s) for the purpose of selling the Real Property located at 66 North Penn Street, Windsor, York County, Pennsylvania and is to be paid a commission of five percent (5%) of the purchase price and $150 to be paid to House Broker Realty, LLC by Debtor(s) from the sale proceeds as set forth in the Listing Contract.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: February 23, 2017

* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).