```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 15-05222-RNO
Jerry Wayne Axe                                                     Chapter 13
Linda Sue Axe
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: LyndseyPr            Page 1 of 2            Date Rcvd: Apr 12, 2017
                              Form ID: pdf010            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
```
db/jdb         +Jerry Wayne Axe,    Linda Sue Axe,    12054 Mt Olivet Road,    Felton, PA 17322-8444
cr             +CSU,   Department of Labor and Industry,    Office of Unemployment Compensation,
                 651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
cr             +Department of Labor and Industry,    Office of Chief Counsel,    651 Boas Street,    10th Floor,
                 Harrisburg, PA 17121-0751
cr             +PA Department of Revenue,    Office of Attorney General,    15th Floor - Strawberry Square,
                 Harrisburg, PA 17120-0001
4729639        +AR Resources Inc.,    1777 Sentry Parkway W,    Blue Bell, PA 19422-2206
4775800         American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL 60197-5008
4729642        +Berks Credit and Collections,    1777 Sentry Parkway West,    Blue Bell, PA 19422-2207
4732358        +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                 651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
4729645        +Department of Labor and Industry,    Attn: Joseph Kots,    625 Cherry St Room 203,
                 Reading, PA 19602-1152
4729646        +Financial Recoveries,    800 Kings Highway North,    Cherry Hill, NJ 08034-1511
4729650        +Medical Data Systems I,    128 W Center Avenue,    Fl 2,    Sebring, FL 33870-3103
4729649        +Medical Data Systems I,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
4729651        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4729652        +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
4729653         Penn Credit Corporation,    PO Box 988,    Harrisburg, PA 17108-0988
4729655        +Penn Waste,    PO Box 3066,    York, PA 17402-0066
4729657        +Trojan Professional Service,    PO Box 1270,    Los Alamitos, CA 90720-1270
4729658        +Wells Fargo Home Mortgage,    405 SW 5th Street,    Des Moines, IA 50309-4675
4765051        +YORK CLINIC COMPANY LLC C/O PASI,    PO BOX 188,    BRENTWOOD, TN 37024-0188
4766662        +York Hospital,    1001 S George St,    York, PA 17403-3645
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Apr 12 2017 18:56:09
                 Department of Labor and Industry,    Office of Chief Counsel,    651 Boas Street,    10th Floor,
                 Harrisburg, PA 17121-0751
4734656          E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2017 18:46:26
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4729640         +E-mail/Text: banko@berkscredit.com Apr 12 2017 18:55:52     Berks Credit & Collections,
                 900 Corporate Drive,    Reading, PA 19605-3340
4732358         +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Apr 12 2017 18:56:09     COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
4729645         +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Apr 12 2017 18:56:09
                 Department of Labor and Industry,    Attn: Joseph Kots,    625 Cherry St Room 203,
                 Reading, PA 19602-1152
4729647         +E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2017 18:55:53     Green Tree Servicing, LLC,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
4729648          E-mail/Text: cio.bncmail@irs.gov Apr 12 2017 18:55:52     IRS,    P.O. Box 21126,
                 Philadelphia, PA 19114
4786567          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2017 18:55:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
4729656         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2017 18:55:56
                 Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
4729816          E-mail/PDF: rmscedi@recoverycorp.com Apr 12 2017 18:46:19
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
4780355          E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2017 18:55:53     U.S. Bank National Association,
                 c/o Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
4780354          E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2017 18:55:53     U.S. Bank, N.A., et al,
                 c/o Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
4729659         +E-mail/Text: kcm@yatb.com Apr 12 2017 18:55:50     York Adams Tax Bureau,    1405 N. Duke Street,
                 PO Box 15627,    York, PA 17405-0156
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4729641*       +Berks Credit and Collections,    900 Corporate Drive,    Reading, PA 19605-3340
4729654*       +Penn Credit Corporation,    916 S. 14th Street,    Harrisburg, PA 17104-3425
4729643       ##+Commercial Acceptance Co,    4807 Jonestown Road,    Ste 247,    Harrisburg, PA 17109-1744
4729644       ##+Commercial Acceptance Company,    2 West Main Street,    Shiremanstown, PA 17011-6326
                                                                                   TOTALS: 0, * 2, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:

      Arthur Selikoff    on behalf of Creditor    Department of Labor and Industry ra-li-esbkpt-hbg@state.pa.us, aselikoff@state.pa.us
      Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov, RA-occbankruptcy6@state.pa.us;vcaggiano@attorneygeneral.gov;rroberts@attorneygeneral.gov
      Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, et al c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      Joshua I Goldman    on behalf of Creditor    U.S. Bank, N.A. et al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      Mary F Kennedy    on behalf of Creditor    U.S. Bank, N.A., as Trustee mary@javardianlaw.com, tami@javardianlaw.com
      Paul Donald Murphy-Ahles    on behalf of Debtor Jerry Wayne Axe pmurphy@dplglaw.com, kgreene@dplglaw.com
      Paul Donald Murphy-Ahles    on behalf of Joint Debtor Linda Sue Axe pmurphy@dplglaw.com, kgreene@dplglaw.com
      Recovery Management Systems Corporation    claims@recoverycorp.com
      Thomas I Puleo    on behalf of Creditor    U.S. Bank, N.A. et al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                    TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jerry Wayne Axe  
Linda Sue Axe  
    **Debtor(s)**

**Chapter** 13

**Case No.** 1:15-BK-05222-RNO

**Matter:** Motion to Dismiss

## ORDER

UPON CONSIDERATION of the Debtor(s)' Amended Motion to Dismiss and it having been determined that the case should be dismissed, IT IS ORDERED that the above-captioned case be and IS HEREBY dismissed.

Dated: April 12, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge  
(DG)